This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                    **No. 34,304**

**ROLAND WAYNE YOINGCO,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Steven L. Bell, District Judge**

Hector H. Balderas, Attorney General
Margaret E. McLean, Assistant Attorney General
Joel Jacobsen, Assistant Attorney General
Santa Fe, NM

for Appellee

Hennighausen & Olsen, L.L.P.
Kenneth B. Wilson
Jeff Grandjean
Roswell, NM

for Appellant

**MEMORANDUM OPINION**

**WECHSLER, Judge.**

{1}    Defendant Roland Yoingco appeals from his judgment and sentence, entered pursuant to a jury trial at which Defendant was found guilty of aggravated burglary, pursuant to NMSA 1978, Section 30-16-4 (1963). We issued a notice of proposed summary disposition, proposing to reverse and remand. The State has filed a response, indicating that it will not be filing a memorandum in opposition. Accordingly, for the reasons stated in our notice, we reverse Defendant's conviction and remand for a new trial.

{2}    **IT IS SO ORDERED.**

_____
**JAMES J. WECHSLER, Judge**

**WE CONCUR:**

_____
**MICHAEL E. VIGIL, Chief Judge**

_____

**M. MONICA ZAMORA, Judge**